UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YVETTE GLUCK, *individually and as Administrator of* : 
*the Estate of Tamar Rhodes*, :
:
                         Plaintiff,     :     21-CV-2038 (JMF)
:
        -v-                                     :     <u>ORDER</u>
:
ANTHONY M. SANDELLI, et al., :
:
                         Defendants.   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Plaintiff's supplemental submission, ECF No. 6, the Court is satisfied that Plaintiff has plausibly alleged the requisite amount in controversy and thus, the Court has subject-matter jurisdiction at this stage.

       SO ORDERED.

Dated: April 1, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                     United States District Judge