UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE GLUCK,

                      Plaintiff,

   -v-

ANTHONY M. SANDELLI and NORTHSTAR CONTRACTING GROUP, INC.,

                      Defendants.

CIVIL ACTION NO.: 21 Civ. 2038 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, September 13, 2021, the discovery schedule is amended as follows:

1. All fact discovery shall be completed by **November 26, 2021**;

2. By **December 3, 2021**, the parties shall file a joint letter certifying the completion of fact discovery;

3. All expert discovery shall be completed by **January 10, 2022**;

4. By **January 18, 2022**, the parties shall file a joint letter certifying the completion of expert discovery.

By **October 27, 2021**, the parties shall file a joint letter reporting on the status of discovery (the "Joint Letter"). If the parties believe that good cause exists for a further extension of the discovery schedule at that time, the Joint Letter shall so explain and include a proposed revised

discovery schedule.  The Joint Letter should also indicate whether the parties would like the Court to refer this matter to another Magistrate Judge for a settlement conference.

Dated:      New York, New York          SO ORDERED.
               September 13, 2021

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**